Case 1:06-cr-00383-TSE   Document 84   Filed 09/29/17   Page 1 of 1 PageID# 128

# * UNITED STATES DISTRICT COURT CRIMINAL MINUTES *

Date: 09/29/2017  
Time: 12:23PM-12:28PM (00:05)

Case #: 1:06-CR-00383-TSE-1

Honorable **T. S. ELLIS, III,** United States District Judge, Presiding

Margaret Pham  
Courtroom Deputy

Tonia Harris  
Court Reporter

**UNITED STATES OF AMERICA**

v.

**PRINCE ABREFA**          Deft appeared: ( X )   in person          ( )   failed to appear  
                                            ( )   with Counsel        ( )   without Counsel  
                                            ( )   through Counsel

KENNETH P. TROCCOLI  
**Counsel for Defendant:**

SEAN WRIGHT  
UZO ASONYE  
**Counsel for Government:**

**Matter called for:**  
[ ] Arraignment       [ ] Pre-Indictment Plea    [ ] Change of Plea    [ ] Motions  
[ ] Sentencing        [ X ] Revocation Hearing   [ ] Rule 35           [ ] Appeal (USMC)  
[ ] Rule 20 & Plea    [ ] Setting Trial Date     [ ] Other:

**Filed in open court:**  
[ ] Information    [ ] Plea Agreement    [ ] Statement of Facts    [ ] Waiver of Indict.    [ ] Discovery Order

**Rule 35:**

[ ] US Rule 35 motion for reduction of sentence          [ ] Granted    [ ] Denied

**Probation/Supervised Release Revocation Hearing:**

Defendant [ ] Admits Violations *AND/OR*  [ ] Denies violations

**Court**:  [ ] finds *-or-*  [ ] does not find the defendant in violation of the conditions

- Bench Warrant Issued

**Deft is:** [ ] Remanded   [ ] Self Surrender [ ] Cont'd on same terms and conditions of release [ ] In Custody