IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.1:06-cr-00383-TSE-1 |
| | ) | |
| PRINCE ABREFA | ) | |
| | ) | |

## ORDER

The matter came before the Court for a hearing on September 29, 2017, on the Probation Officer's petition alleging supervised release violations. The defendant failed to appear, and the Court, for the purposes of determining whether a bench warrant should be issued, asked defense counsel whether he had the opportunity to discuss the hearing date with his client. Defense counsel stated that he could make no representations as to whether he had discussed the hearing date with his client, citing his ethical obligations. The Court requested at the hearing that defense counsel file a brief memorandum detailing these ethical obligations.

It is hereby **ORDERED** that defense counsel may, if he believes doing so would be helpful in educating the Court, file a brief memorandum detailing his ethical objections to answering the Court's question concerning his conferral with his client about the hearing date. But defense counsel is not required to do so.

The Clerk is directed to send a copy of this Order to the Probation Office and all counsel of record.

Alexandria, Virginia
September 29, 2017

/s/
T. S. Ellis, III
United States District Judge